THE PEOPLE OF THE STATE OF NEW YORK ex rel. WALTER J. ROACHE, Appellant, v GEORGE B. ALEXANDER, as Chair of the Division of Parole, et al., Respondents.

Submitted November 17, 2008; decided January 13, 2009

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.